IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAMON SAPP,   No. C 13-3008 YGR (PR)

    Petitioner,   **JUDGMENT**

v.

J. SOTO, Acting Warden,

    Respondent.

                                          /

    Pursuant to the Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely; and Denying Certificate of Appealability signed today, this action is DISMISSED WITH PREJUDICE. 28 U.S.C. § 2244(d).

    IT IS SO ORDERED.

DATED: September 24, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

P:\PRO-SE\YGR\HC.13\Sapp3008.jud.frm